**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ronald J. Allison,<br><br>             Plaintiff<br><br>v.<br><br>Department of Health and Human Services, et al.,<br><br>             Defendants. | Case No.: 2:21-cv-01542-JAD-NJK<br><br>**Order Adopting Report & Recommendation and Dismissing Action**<br><br>[ECF No. 3] |

On August 23, 2021, the magistrate judge screened the plaintiff's complaint and recommended that it be dismissed with prejudice.[1]  The deadline for the plaintiff to object to that recommendation was September 6, 2021, and the plaintiff neither filed objections nor moved to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 3] is ADOPTED** in its entirety.  This action is DISMISSED, and the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2021

---

[1] ECF No. 3.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).